DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS J. LIPANI, III**,
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and
**HOME IMPROVEMENTS CENTER, LLC**,
Appellees.

No. 4D17-3489

[June 14, 2018]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; Case No. R.A.A.C. Order No. 17-02257.

Thomas J. Lipani, III, Port Saint Lucie, pro se.

Cristina A. Velez, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and KUNTZ, JJ., and FAHNESTOCK, FABIENNE, Associate Judge, concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***